474 A.2d 655

Commonwealth v. Lambert, Appellant.

Submitted October 21, 1983. Paul S. Herzberg, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, President Judge, and WIEAND and MONTEMURO, JJ.

The judgment of sentence imposed for possession of an instrument of crime is reversed and set aside. The judgments of sentence for criminal conspiracy are affirmed.

SPAETH, President Judge, concurred in the result.